# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00172-CR

Jamie Lee James,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
249th District Court of Johnson County, Texas
Judge Tiffany Strother, presiding
Trial Court Cause No. DC-F202500375

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Jamie Lee James was convicted of one count of Aggravated Assault with a Deadly Weapon and two counts of Tampering with a Witness and sentenced to 10 years in prison for each count. We affirm the trial court's judgment.

James's appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v.*

*California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-320 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10, 108 S. Ct. 1895, 100 L. Ed. 2d 440 (1988). After a review of the entire record in this appeal, we have determined the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgment.

Counsel's motion to withdraw from representation of James is granted.

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  August 6, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Affirmed
Motion granted
Do Not Publish
CR25

